IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| JENNIFER MALLOY, *et al.*, | : | |
| Plaintiffs, | : | 2:23-cv-03774-KSM |
| v. | : | |
| | : | |
| TEMPLE FACULTY PRACTICE PLAN, INC., | : | |
| Defendant. | : | |
| | : | |

**PLAINTIFFS' UNOPPOSED MOTION**
**FOR APPROVAL OF THE SETTLEMENT**

Having settled this lawsuit, which includes a claim under the federal Fair Labor Standards Act ("FLSA"),[1] Named Plaintiffs Jennifer Malloy ("Malloy") and Colleen Rabbit ("Rabbit") in addition to Opt-in Plaintiffs Sophia Harris ("Harris"), Kelly Lattanzi ("Lattanzi"), Mary Ann Shatz Crnp ("Shatz"), and Lori Warren ("Warren") (collectively "Plaintiffs") now move for judicial approval of their ***individual*** settlements. The operative "Settlement Agreement and Release of Claims" ("Agreements") have each been signed by Plaintiffs and are attached. *See* Docs. 34-1 through 34-6. Defendant Temple Faculty Practice Plan, Inc. ("Defendant") does not oppose this motion.

Approval of the settlement is warranted. Although the Third Circuit Court of Appeals has not addressed the issue, this Court generally reviews FLSA settlements to ensure that they represent "'a fair and reasonable resolution of a *bona fide* dispute.'"[2] In this regard, an FLSA settlement will be approved if it: (1) resolves a *bona fide* dispute under the FLSA; (2) is "fair and reasonable to the employee;" and (3) "furthers [ . . . ] the implementation of FLSA in the

---

[1] 29 U.S.C. § 201, *et seq.*
[2] *See Baxter v. Silver Heart Healthcare Agency LLC*, 2023 U.S. Dist. LEXIS 65457 (E.D. Pa. Apr. 10, 2023) (Marston, J.).

workplace."[3]

As is discussed in the accompanying Memorandum of Law, each of these requirements are satisfied.  The settlements do not contain any confidentiality provisions, do not require the release of any non-wage or non-overtime claims, and provide Plaintiffs with the following one-time gross lump sum payments, less applicable taxes and deductions:  (i) Malloy with $27,045.00; (ii) Rabbit with $6,710.00; (iii) Harris with $975.00; (iv) Lattanzi with $5,652.00; (v) Shatz with $14,293.00; and (vi) Warren with $14,325.00.  Additionally, the settlement provides Plaintiffs' counsel with a total payment of $35,000.00 which is *less* than its accumulated lodestar and expenses in this case.

**WHEREFORE**, Plaintiffs request that the Court grant this motion and approve the resolution of this FLSA action.  A proposed order is attached.

Date:  December 6, 2024

Respectfully submitted,

/s/ R. Andrew Santillo
Peter Winebrake (PA# 80496)
pwinebrake@winebrakelaw.com
R. Andrew Santillo (PA# 93041)
asantillo@winebrakelaw.com
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

Jonathan Walters (PA# 23900)
jwalters@markowitzandrichman.com
Peter Demkovitz (PA# 75319)
pdemkovitz@markowitzandrichman.com
MARKOWITZ & RICHMAN
123 S. Broad Street, Suite 2020
Philadelphia, PA 19109
(215) 875-3100

*Plaintiffs' Counsel*

---

[3]  *Id.* at *1.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2024, the foregoing was served with the Clerk of Court using the CM/ECF system, which will send notification to all parties.

<u>/s/ R. Andrew Santillo</u>
R. Andrew Santillo
